UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:2023-cr-80096-Cannon/Reinhart

18 U.S.C. § 2242(2)
18 U.S.C. § 2244(b)

UNITED STATES OF AMERICA

vs.

HOOBESH KUMAR DOOKHY,

      Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about May 6, 2023, on a foreign vessel, within the special maritime and territorial jurisdiction of the United States, with Palm Beach County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**HOOBESH KUMAR DOOKHY,**

did knowingly engage in a sexual act with Victim 1, who was, as the defendant well knew, at that time incapable of appraising the nature of the conduct, as well as physically incapable of declining participation in, and communicating unwillingness to engage in, that sexual act, and such sexual act consisted of the penetration of Victim 1's vulva by the defendant's penis, in violation of Title 18, United States Code, Section 2242(2).

### COUNT 2

On or about May 6, 2023, on a foreign vessel, within the special maritime and territorial jurisdiction of the United States, with Palm Beach County, in the Southern District of Florida,

1

being the district to which the offender was first brought, the defendant,

**HOOBESH KUMAR DOOKHY,**

knowingly engaged in sexual contact with Victim 1, without Victim 1's permission, by intentionally touching Victim 1's breast with the intent to abuse, humiliate, harass, degrade and arouse and gratify the defendant's sexual desire, in violation of Title 18, United States Code, Section 2244(b).

A TRUE BILL

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
BRIAN RALSTON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 9:2023-cr-80096-Cannon/Reinhart

v.

HOOBESH KUMAR DOOKHY

_____/

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☒ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                  (Check only one)
   I   ☒ 0 to 5 days                 ☐ Petty
   II  ☐ 6 to 10 days                ☐ Minor
   III ☐ 11 to 20 days               ☐ Misdemeanor
   IV  ☐ 21 to 60 days               ☒ Felony
   V   ☐ 61 days and over
6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 23-8233-RMM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of May 7, 2023
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
Brian D. Ralston
Assistant United States Attorney
Court ID No.  A5502727

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: HOOBESH KUMAR DOOKHY

**Case No**: 9:2023-cr-80096-Cannon/Reinhart

Count 1:

Sexual Abuse

18 U.S.C. § 2242(2)
* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release: 5 years
* Max. Fine: $250,000
* Special Assessment: $100

Count 2:

Abusive Sexual Contact

18 U.S.C. § 2244(b)
* Max. Term of Imprisonment: 2 years
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release: 1 year
* Max. Fine: $250,000
* Special Assessment: $100

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.