SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 23-80096-CR-CANNON/REINHART

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

HOOBESH KUMAR DOOKHY,
    Defendant.
_____/



## MOTION TO SEAL

COMES NOW the Defendant, and hereby moves this Honorable Court to permanently seal the attached Motion, Motion to Seal, and Order to Seal, as required by Fed.R.Evid.P. 412(c)(2).

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

Peter Birch
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 304281
250 South Australian Ave., Suite 400
West Palm Beach, FL 33401
TEL: (561) 833-6288
Peter_Birch@FD.org

1