UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80096-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**HOOBESH KUMAR DOOKHY,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Bruce E. Reinhart following Change of Plea Hearing [ECF No. 50]. On October 31, 2023, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 48] during which Defendant pled guilty to Count 2 of the Indictment [ECF No. 11] pursuant to a written factual proffer and plea agreement [ECF No. 49]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 2 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 11]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 50] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Hoobesh Kumar Dookhy** as to Count 2 of the Indictment is **ACCEPTED**.

CASE NO. 23-80096-CR-CANNON

3. Defendant **Hoobesh Kumar Dookhy** is adjudicated guilty of Count 2 of the Indictment, abusive sexual contact, in violation of 18 U.S.C. § 2244(b) [ECF No. 11].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 15th day of November 2023.

*[signature]*

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record